MICHAEL E. TANKERSLEY (DC Bar # 411978)
mtankersley@ftc.gov
GREGORY ASHE (VA Bar # 39131)
gashe@ftc.gov
PATRICK ROY (DC Bar # 1023521)
proy@ftc.gov
CARLTON B. MOSLEY (DC Bar # 1644552)
cmosley@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-6316
Washington, DC 20580
Telephone: (202) 326-2991 (Tankersley)
          (202) 326-3719 (Ashe)
          (202) 326-3477 (Roy)
          (202) 326-2163 (Mosley)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-23-02711-PHX-DWL |
| Plaintiff, | |
| v. | **NOTICE OF INTENT TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES** |
| Grand Canyon Education, Inc., *et al.*, | |
| Defendants. | |

# NOTICE

In response to the Court's December 3, 2024 Order (ECF No. 104), the FTC advises that it withdraws its current Motion to Strike Affirmative Defenses (ECF No. 84) and intends to file a new motion to strike addressing the affirmative defenses raised in Defendant GCE's Answer and Defendant Mueller's Amended Answer.  To that end, the FTC requests that it be permitted to file its motion to strike within 21 days of the Court's December 3, 2024 Order.

DATED: December 6, 2024

                        FEDERAL TRADE COMMISSION

By: */s/ Carlton B. Mosley*
Michael E. Tankersley
Gregory Ashe
Carlton Mosley
Patrick Roy
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue NW
Washington, D.C. 20580
Telephone: (202) 326-2991
Email: mtankersley@ftc.gov

*Attorneys for Plaintiff*
FEDERAL TRADE COMMISSION