# Exhibit B

Joint Written Notice of Discovery Dispute

MINUTES OF A MEETING
OF THE BOARD OF DIRECTORS OF
GAZELLE UNIVERSITY

JANUARY 6, 2015

A meeting of the Board of Directors (the "*Board*") of Gazelle University, an Arizona non-profit corporation (the "*Corporation*"), was held on January 6, 2015, pursuant to notice duly given, via teleconference. Brian Mueller, Dr. Jim Rice, Dr. Fred Miller, Will Gonzalez, and Don Andorfer, constituting all of the members of the Board, were present.

Also in attendance was Stan Meyer, Dan Bachus, and Brian Roberts. Mr. Mueller acted as Chairman of the meeting and Mr. Roberts served as Recording Secretary of the meeting.

## ORGANIZATIONAL MATTERS

The Board began the meeting by discussing and reviewing various organizational matters relating to the establishment and governance of the Corporation. Following a review and discussion regarding various resolutions and organizational documents delivered to the Board in advance of the Meeting, the Board, upon a motion duly made and seconded, unanimously adopted, authorized and approved the following resolutions:

### Incorporation

WHEREAS, the original articles of incorporation of the Corporation were filed with the Arizona Corporation Commission on the 20th day of November, 2014, and

NOW, THEREFORE, BE IT RESOLVED, that all actions heretofore taken on behalf of the Corporation by the Incorporator be, and they hereby are, ratified and affirmed; and

RESOLVED FURTHER, that a certified copy of the articles of incorporation be inserted by the Secretary of the Corporation in the minute book of the Corporation and kept at the principal office for the transaction of business of the Corporation.

### Agent for Service of Process

RESOLVED, that Corporation Service Company, named as the initial agent for service of process in the Articles of Incorporation of the Corporation, is named as the Corporation's agent for service of process.

### Adoption of Bylaws

WHEREAS, it is deemed to be in the best interest of the Corporation that bylaws be adopted.

NOW, THEREFORE, BE IT RESOLVED, that the form of Bylaws attached hereto as <u>Exhibit A</u> be, and they hereby are, adopted as the Bylaws of the Corporation.

RESOLVED FURTHER, that the Secretary of the Corporation be, and hereby is, authorized and directed to execute a certificate as to the adoption of the Bylaws by these resolutions, to affix such certificate immediately following the last page thereof and to cause said Bylaws, together with such certificate, to be placed in the minute book of the Corporation; and

RESOLVED FURTHER, that the Secretary of the Corporation be, and hereby is, authorized and directed to cause a true and complete copy of said Bylaws, as amended from time to time, as now or hereafter in effect, similarly certified, to be kept at the principal office of the Corporation in Arizona.

### Election of Officers

Brian E. Mueller is hereby elected to serve as the President, Provost, CFO and Secretary until such time as such individual resigns or is replaced by a duly authorized action of the Board.

### Payment of Incorporation Expenses

RESOLVED, that each of the officers of the Corporation is authorized and directed to cause the Corporation to pay the expenses of its incorporation and organization.

### Establishment of Bank Accounts

RESOLVED, that any officer of the Corporation is authorized to:

a) Designate one or more banks, trust companies or other similar institutions as a depository of the funds, including, without limitation, cash and cash equivalents, of the Corporation;

b) Open, keep, and close general and special bank accounts, including general deposit accounts, payroll accounts, and working fund accounts, with any such depository;

c) Cause to be deposited in accounts with any such depository, such funds, including, without limitation, cash and cash equivalents, of the Corporation as such officers deem necessary or advisable, and to designate or change the designation of the officer or officers and agent or agents of the Corporation who will be authorized to make such deposits and to endorse checks, drafts, or other instruments for such deposits;

    d) From time to time designate or change the designation of the officer or officers and agent or agents of the Corporation who will be authorized to sign or countersign checks, drafts or other orders for the payment of money issued in the name of the Corporation against any funds deposited in any of such accounts, and to revoke any such designation;

    e) Authorize the use of facsimile signatures for the signing or countersigning of checks, drafts, or other orders for the payment of money, and to enter into such agreements as banks and trust companies customarily require as a condition for permitting the use of facsimile signatures;

    f) Make such general and special rules and regulations with respect to such accounts as they may deem necessary or advisable; and

    g) Complete, execute and/or certify any customary printed bank signature card forms to exercise the authority granted by this resolution.

RESOLVED FURTHER, that any form resolutions required by any such depository, which relate to the establishment of such accounts and the authorization of signatories with respect thereto and substantially incorporate the authorizations contained in these resolutions, are adopted and approved; and

RESOLVED FURTHER, that any such depository is entitled to rely on these resolutions, if they are certified by an officer of the Corporation, for all purposes until it shall have received written notice of the revocation or amendment of these resolutions by the Board.

### Exemptions from Federal and State Taxes

RESOLVED, that each of the officers of the Corporation is authorized to consult with legal counsel to ascertain the availability of exemptions from taxation under federal and state tax codes and, if such exemptions are available, the officers of the Corporation are, and each hereby is, authorized and directed to execute and file all necessary applications for exemptions from such taxes with the appropriate state and federal tax authorities, and to pay the necessary filing fees.

### Other Filings

RESOLVED, that each of the officers of the Corporation is authorized and directed to make such filings and applications, to execute and deliver such documents and instruments, and to do such acts and things as such officer deems necessary in order to obtain such licenses, authorizations and permits as are necessary or desirable for the Corporation's business, to fulfill such legal requirements as are applicable to the Corporation or its business or to complete the organization of the Corporation.

### Principal Office

RESOLVED, that the principal office for the transaction of business of the corporation shall be at 3300 W. Camelback Rd., Phoenix, Arizona 85017.

### Adoption of Accounting Year

WHEREAS, the adoption of an accounting year for the Corporation is deemed advisable.

NOW, THEREFORE, BE IT RESOLVED, that the first accounting year of the Corporation be, and it hereby is, fixed from the date of incorporation to June 30, 2015, and thereafter the accounting year of the Corporation is to end on June 30 of each year.

### Employer Identification Number Application

WHEREAS, it is deemed to be in the best interests of the Corporation that the Corporation apply for and obtain any necessary employer identification number with the Internal Revenue Service ("IRS") and any other identification numbers, permits or licenses required by law or deemed necessary or advisable.

NOW, THEREFORE, BE IT RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, directed and empowered to prepare and file, or cause to be prepared and filed, appropriate applications to obtain an employer identification number with the IRS and any other identification numbers, permits or licenses required by law or deemed necessary or advisable for the conduct of the business of the Corporation; and

RESOLVED FURTHER, that such specific resolutions as may be required to have been adopted by the Board in connection with any of the actions authorized or permitted by the foregoing resolutions by any of the jurisdictions in which such actions are taken or applications filed be and the same hereby are adopted, and the Secretary or Assistant Secretary of the Corporation is hereby authorized to certify as to the adoption of any and all such resolutions.

### Qualification as Foreign Corporation

WHEREAS, the Company may, from time to time, transact business in other states and therefore will be required to qualify to transact business as a foreign corporation in such states.

RESOLVED, that the officers of the Company, and any of them, are each hereby authorized and directed to take all other necessary or appropriate actions, including the execution and filing of

documents with the appropriate authorities, to qualify the Company to transact business as a foreign corporation in any State as deemed necessary.

### Adoption of Non-Discrimination Policy

WHEREAS, it is deemed to be in the best interest of the Corporation that a non-discrimination policy be adopted.

NOW, THEREFORE, BE IT RESOLVED, that the non-discrimination policy attached hereto as Exhibit B be, and it hereby is, adopted as the non-discrimination policy of the Corporation.

### Adoption of Conflict of Interest Policy

WHEREAS, it is deemed to be in the best interest of the Corporation that a conflict of interest policy be adopted.

NOW, THEREFORE, BE IT RESOLVED, that the conflict of interest policy attached hereto as Exhibit C be, and it hereby is, adopted as the conflict of interest policy of the Corporation.

## PROJECT GAZELLE

Mr. Mueller next provided an update on Project Gazelle, including an overview of recent discussions with various banking firms and legal and tax advisors regarding the potential acquisition of Grand Canyon University. In particular, Mr. Mueller led a discussion regarding the legal and tax implications of the proposed transaction, the legal and regulatory steps necessary to complete the proposed transaction, potential sources and costs of financing, and potential donors.

Following a review and discussion regarding various resolutions delivered to the Board in advance of the Meeting, the Board, upon a motion duly made and seconded, unanimously adopted, authorized and approved the following resolutions:

WHEREAS, the Board members are each members of the Grand Canyon University Board of Trustees and have actively discussed and considered the potential acquisition of Grand Canyon University (the "*Potential Acquisition*") over the past several months and, as a result of those discussions, has formed this Corporation for the purpose of further exploring and potentially completing such acquisition; and

WHEREAS, the Grand Canyon University management team has been working with various bankers and tax advisors to better understand the structure, fundraising methods, and manner in which the Potential Acquisition could be completed; and

WHEREAS, the Board now believes, based upon the recommendation of Grand Canyon University's management, that it is in the best interest of the Corporation to formally engage Wells Fargo and Bank of America as the financial advisors to the Corporation for the purposes of assisting with the Potential Acquisition;

RESOLVED, that the officers of the Corporation are hereby authorized and directed to negotiate, finalize, and execute the final terms and conditions of the engagement of Wells Fargo and Bank of America as the Corporation's financial advisors in connection with the Potential Acquisition; and

RESOLVED FURTHER, that the officers of the Corporation are hereby authorized and directed to explore all potential fundraising options available to the Corporation for the purpose of raising the funds necessary to complete the Potential Acquisition.

RESOLVED FURTHER, that any and all acts taken and any and all agreements or other instruments executed on behalf of the Corporation by any officer or officers of the Corporation prior to the execution hereof with regard to any of the transactions or agreements authorized or approved by any or all of the foregoing resolutions are ratified, confirmed, adopted and approved.

RESOLVED FURTHER, that the officers of the Corporation be, and hereby are, authorized and directed to execute all documents and to take such action as they may deem necessary or advisable in order to carry out the purposes of these resolutions.

There being no further business, upon motion duly made and seconded, the meeting was adjourned.

Respectfully submitted,

_____
Brian M. Roberts, Recording Secretary