# Exhibit D

Joint Written Notice of Discovery Dispute

1  Michael E. Tankersley (DC Bar # 411978)
   mtankersley@ftc.gov
2  Brian Berggren (CA Bar # 279279)
   bberggren@ftc.gov
3  Carlton B. Mosley (DC Bar # 1644552)
   cmosley@ftc.gov
4  Federal Trade Commission
   600 Pennsylvania Avenue NW
5  Mail Stop CC-6316
   Washington, DC 20580
6  Telephone: (202) 326-2991 (Tankersley)
              (202) 326-3229 (Berggren)
7              (202) 326-2163 (Mosley)

8  Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
9

10            UNITED STATES DISTRICT COURT

11               DISTRICT OF ARIZONA

12  Federal Trade Commission,          No. CV-23-02711-PHX-DWL

13            Plaintiff,               **PLAINTIFF'S INITIAL
                                       DISCLOSURES**
14       v.

15  Grand Canyon Education, Inc., *et al.*,

16            Defendants.

17

18      Plaintiff, the Federal Trade Commission ("FTC"), pursuant to Federal Rule of

19  Civil Procedure 26(a)(1), makes the following initial disclosures:

20  **I.      The name and, if known, the address and telephone number of each individual**

21  **likely to have discoverable information – along with the subjects of that information**

22  **– that the FTC may use to support its claims or defenses, unless the use would be**

23  **solely for impeachment – Fed. R. Civ. P. 26(a)(1)(A)(i).**

24  A. The individual Defendant (Brian E. Mueller), current and former employees of the

25     corporate Defendants Grand Canyon Education, Inc. and Grand Canyon University,

26     and agents of the corporate Defendants, each of whom Defendants can more readily

1     identify than Plaintiff, have discoverable information regarding the plans for

2     formation of Gazelle University and their consequences, Defendants' telemarketing

3     practices and representations in the course of marketing, and the requirements of

4     doctoral programs and fees collected from students in those programs. These

5     individuals include the persons identified in Attachment A.

6  B. Corporate Defendants' third-party service providers, and their current and former

7     principals, officers, directors, managers, employees, agents, and representatives, each

8     of whom Defendants can more readily identify than the FTC, are likely to have

9     discoverable information that the FTC may use to support its claims in this action

10    regarding Defendants' marketing and telemarketing practices. These individuals

11    include the persons identified in Attachment B.

12  C. Consumers who have read, heard, or received representations that (a) GCU is a non-

13    profit institution; (b) GCU transitioned back to its prior manner of operation as a non-

14    profit educational institution; (c) GCU doctoral degree programs that include a

15    dissertation requirement are typically completed in twenty courses or 60 credits; and

16    (d) GCU's total charges for doctoral degree programs that include a dissertation

17    requirement are the tuition and fees for twenty courses, each of whom Defendants

18    can more readily identify than Plaintiff. These individuals include the persons

19    identified in Attachment C.

20  D. Consumers who have received telemarketing calls from corporate Defendants, their

21    agents, or third-party service providers after requesting that Grand Canyon

22    University (or others calling on its behalf) stop calling them or placing their numbers

23    on the National Do Not Call Registry, each of whom Defendants can more readily

24    identify than Plaintiff. Individuals who have reported discoverable information

25    arising from such telemarketing calls are identified in Attachment D.

26

E.  FTC staff listed below, who received documents produced by corporate Defendants and third parties during the FTC's pre-complaint investigation, and are custodians of electronically stored information that the FTC may use to support its claims. Defendants may contact the following staff only through FTC's counsel of record.

- Megan Baburek, Senior Data Analyst
- Kendra Freeman, CID response custodian
- Esi Kovacs, Discovery document custodian

**II.      A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the FTC has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment – Fed. R. Civ. P. 26(a)(1)(A)(ii).**

Plaintiff may use the following documents currently in its possession, custody or control, to support its claims, all of which are located in the FTC's offices located at 600 Pennsylvania Avenue, NW, and 400 7th Street SW, Washington, DC..

- Tolling Agreements with corporate Defendants Grand Canyon Education, Inc., and Grand Canyon University.
- Documents, testimony, statements, and verifications received from corporate Defendants and their designated representatives pursuant to the FTC's civil investigative demands.
- Consumer complaints and related documents submitted directly to the FTC, to the Department of Education, to a Better Business Bureau, or with a state or local law enforcement agency.
- Images of digital sites operated by corporate Defendants or third parties from which Defendants have acquired information about consumers.
- Documents from the dockets of other actions and proceedings involving Defendants:
  - Carr et al v. Grand Canyon University, USDC AZ, Docket No. 2:19-05214

1    o   Carr et al v. Grand Canyon University; Young v. Grand Canyon University,

2        USDC N Ga, Docket No. 1:19-01707

3    o   Young v. Grand Canyon University, 11th Cir, Docket No. 21-12564

4    o   Fellows v. Grand Canyon Education, Inc., USDC W Pa, Docket No. 1:18-00314

5    o   Grand Canyon University v. Miguel Cardona, et al, 9th Cir, Docket No. 21-17113

6    o   Grand Canyon University v. Rosenfelt et al., USDC AZ, Docket No. 2:21-00177

7    o   In Re Grand Canyon Education, Inc. Securities Litigation, USDC DE, Docket No.

8        1:20-00639

9    o   Ogdon v. Grand Canyon University, USDC AZ, Docket No. 2:22-00477.

10   o   Smith v. Grand Canyon Education, Inc., USDC AZ, Docket No. 2:24-01410

11   o   United States Of America ex rel. MacKillop v. Grand Canyon University, USDC

12       MA, Docket No. 1:18-11192

13   o   United States Of America ex rel. MacKillop v. Grand Canyon University, USDC

14       AZ, Docket No. 2:23-00467

15   o   Walsh v. Grand Canyon Education, Inc., USDC DE, Docket No. 1:20-00801

16   •   Documents the FTC has obtained from the following entities through online queries,

17       information requests, or civil investigative demands:

18   o   Arizona Corporation Commission, 1200 W. Washington Street, Phoenix, AZ

19       85007

20   o   Alaska Department of Law, Commercial, Fair Business & Child Support Section,

21       1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501

22   o   All Star Directories, Inc., 101 Stewart Street, Suite 500, Seattle, WA 98101

23   o   Arizona State Board for Private Postsecondary Education, 1400 W. Washington

24       Street Phoenix AZ 85007

25   o   Arizona Secretary of State, Business Services Division, 1700 West Washington

26       St., Phoenix, AZ 85007

- o  CompliancePoint, Inc, 4400 River Green Parkway, Suite 100, Duluth, GA 30096
- o  Colorado Department of Law, Consumer Protection Section, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 7th Floor, Denver, CO 80203
- o  Cygnus Marketing Communications, Inc., 1100 East Hector Ave, Suite 245, Conshohocken, PA 19428
- o  EducationDynamics, LLC, 111 River Street, 10th Floor, Hoboken, NJ 07030
- o  The Higher Learning Commission, 230 South LaSalle Street, Suite 7-500, Chicago, IL 60604-1411
- o  Internet Archive, 300 Funston Avenue, San Francisco, CA 94118
- o  Indiana Office of the Attorney General, Consumer Protection Division, 5th Floor, Indiana Government Center South, 302 W Washington Street, Indianapolis, IN 46204
- o  North Carolina Secretary of State, Telephonic Sellers Registration, 2 S. Salisbury Street, Raleigh, NC 27603
- o  Niche.com, 2840 Liberty Avenue, Pittsburgh, PA 15222
- o  Ohio Attorney General, Consumer Protection Unit, 30 E. Broad St. 14th Floor, Columbus, OH 43215
- o  Oklahoma Attorney General, TRACR, 313 N.E. 21 St., Oklahoma City, OK 73105
- o  PossibleNow, Inc., 4400 River Green Parkway, #100, Duluth, GA 30096
- o  TriAd Media Solutions, Inc., 2 Hudson Place, 8th Floor, Hoboken, NJ 07030
- o  United States Department of Education, 400 Maryland Ave, SW, Washington, DC 20202
- o  United States Department of the Treasury, Internal Revenue Service, 1111 Constitution Avenue NW., Washington, DC 20224

1    o  United States Securities and Exchange Commission, 100 F Street NE,

2       Washington, DC 20549

3    o  Washington State Department of Licensing, 6500 Linderson Way, SW #102,

4       Turnwater, WA 98501

5    o  West Virginia State Tax Department, Office of Business Registration, 1001 Lee

6       Street East, Charleston WV 25301United States Securities and Exchange

7       Commission, 100 F Street NE, Washington, DC 20549

8  **III.    A computation of each category of damages claimed by the FTC – who must**

9  **also make available for inspection and copying as under Rule 34 the documents or**

10 **other evidentiary material, unless privileged or protected from disclosure, on which**

11 **such computation is based, including materials bearing on the nature and extent of**

12 **injuries suffered – Fed. R. Civ. P. 26(a)(1)(A)(iii)**

13        Pursuant to Section 19(b) of the FTC Act, 15 U.S.C. §57b(b), the FTC will be

14 seeking monetary relief to redress injury to consumers resulting from Defendants'

15 violations of the Telemarketing Sales Rule, including but not limited to refunds of

16 monies paid, and redress for misleading representations and abusive telemarketing.

17 Based on the information currently available, the FTC believes that such monetary relief

18 will include:

19        A.    the refund of fees paid by students enrolled in GCU's College of Doctoral

20 Studies, less any such payments that Defendants refunded to students.  The FTC

21 estimates Defendants collected approximately $125 million from roughly 7,500 students

22 enrolled in doctoral programs.  Computation of this monetary relief will be principally

23 based on information currently in Defendants' possession, custody, or control, including,

24 but not limited to:(1) consumer files; (2) financial records of doctoral student payments

25 and refunds; and (3) information in GCU catalogs and enrollment agreements for GCU's

26 College of Doctoral Studies.  The FTC estimate of consumer injury is presently based on

information produced by Defendant Grand Canyon Education, Inc. in response to Interrogatory P of the FTC's Civil Investigative Demand, and statements in Grand Canyon University catalogs, applications, enrollment agreements and financial records on the tuition and fees charged and collected for dissertation programs and continuation courses. Moreover, documents produced by GCU as "Ledger Cards" in response to the FTC's Civil Investigative Demand, labelled GCU-FTC-013674 — GCU-FTC-013695 and GCU-FTC-019158 — GCU-FTC-019180, demonstrate that Defendants possess information on payments made by doctoral students entitled to refunds. The amount of refunds and consumers eligible for such refunds may be determined from the sources of the information in such Ledger Cards.

      B.     redress for injuries from telemarketing calls by Grand Canyon Education, Inc. to individuals who had requested that Grand Canyon University, its agents, or its third-party service providers, stop calling them or had placed their numbers on the National Do Not Call Registry, or both. The telephone call records identifying the number of such calls, the duration of the calls, and the number of individuals who received such calls are in the possession of Defendant Grand Canyon Education, Inc., and include data produced in response to the Commission's Civil Investigative Demand designated by Grand Canyon Education, Inc. as:

GCE-FTC-CID-017-00000621

GCE-FTC-CID-013-00000003

GCE-FTC-CID-018-00000006

GCE-FTC-CID-013-00000004

GCE-FTC-CID-013-00000001

GCE-FTC-CID-014-00000001

GCE-FTC-CID-018-00000005

GCE-FTC-CID-018-00000007

1    While the records of telemarketing calls provided by Grand Canyon Education,

2    Inc. are incomplete, and will be subject to discovery in this action, the FTC currently

3    estimates that, a result of telemarketing campaigns for Grand Canyon University since

4    May 2019, Defendants initiated more than 20 million telemarketing calls to telephone

5    numbers that were listed on do-not-call lists at the time the call was made, and these

6    calls were made to at least 1.8 million different telephone numbers.  Records produced

7    by Defendants and lead providers that Defendants hired to secure written permission

8    from consumers authorizing telemarketing calls on behalf of Grand Canyon University

9    show that Defendant Grand Canyon Education, Inc. has been willing to pay $30 to $75

10    per consumer for permission to initiate such calls.  Such illegal calls violate the

11    recipients' privacy and result in lost time and annoyance.

12    C.    Defendants' liability includes pre-judgment interest on redress at the

13    interest rates applicable to financing tuition and fees with direct student loans for Grand

14    Canyon University graduate programs, or the statutory interest rate on judgments.  *See*

15    *United States v. Gordon*, 393 F.3d 1044, 1058 n. 12 (9th Cir. 2004).  Data tables with the

16    relevant rates are available from the United States Department of Education and the

17    Federal Reserve.  *See* Fixed Interest Rates for Direct Unsubsidized Loads for Graduate

18    or Professional Borrowers, https://studentaid.gov/understand-aid/types/loans/interest-

19    rates; Federal Reserve Board - H15 - Data Download Program,

20    https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15.

21    The FTC maintains, or will maintain, this information in electronic and paper

22    form in the FTC's offices at 600 Pennsylvania Avenue, NW, and 400 7th Street, SW,

23    Washington, DC.

24

25

26

**IV.     Provide for inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment – Fed. R. Civ. P. 26(a)(1)(A)(iv)**

The FTC is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy a judgment.

September 17, 2024                                   Respectfully submitted,

FEDERAL TRADE COMMISSION

By:   /s/
                    Michael E. Tankersley
                    Brian Berggren
                    Carlton B. Mosley
                    FEDERAL TRADE COMMISSION
                    600 Pennsylvania Avenue NW
                    Washington, D.C. 20580
                    Telephone: (202) 326-2991
                    Email: mtankersley@ftc.gov

                    *Attorneys for Plaintiff*
                    *FEDERAL TRADE COMMISSION*

Attachment A

| Full Name | Addresses | Telephone |
|---|---|---|
| Sally Eddy Bednar | 203 Shore Rd, Old Greenwich, CT 06870-2419 | 212-214-6770 |
| Patrick Shields | 2323 Victory Ave., Suite 2000, Dallas, TX 75219;  101 E Washington St., Suite 910, Phoenix, AZ 85004 | 602-322-3133 |
| Erin Albert | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Sarah Boeder | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Bart Burkert | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Chanelle Ison | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Peter Martinez | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| W. Stan Meyer | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Brad Reifschneider | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Chad Wilson | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Nikki Mancuso | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Christal Mosby (Hays) | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Daniel Bachus | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Kris Brandt | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Julie Chaney | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Justin DeLima | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Tamara Rios | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |

Attachment A

| Full Name | Addresses | Telephone |
|---|---|---|
| Victoria Hampel | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Aaron Westover | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Shawna Barnett | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Shareen Christie | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4451 |
| Felicia Roberts | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4322 |
| Robert Van Cuyck | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-247-3125 |
| Shawn Harper | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Kierstin Almstrum | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-501-1122 |
| Heidi Ashby | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-639-4508 |
| Michael Carter | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4362 |
| Saeid Farr | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Gary Flanagan | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Karen Garcia | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4234 |
| Erika Green | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-639-9565 |
| Rodney Grilliot | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Steve Holmes | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-501-6282/602-513-4668 |
| Lance Hyden | 2600 W. Camelback Road, Phoenix, AZ 85017 | |

Attachment A

| Full Name | Addresses | Telephone |
|---|---|---|
| Jacquelin Kaercher | 4688 Tangerine Rd, Marana AZ 85658-4862 | 520-248-3709 |
| Michaela Marshall | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-639-5946 |
| Craig Monson | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Cristi Parker | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4324 |
| Mike Peachey | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4153/602-505-1142 |
| Garhett Revetta | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Anne Ruben | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-639-5968 |
| Spencer Schaeffer | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-639-5964 |
| Rachel Shively | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Lindsay Skinner | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4224 |
| Hayes Todd | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Lance Tyler | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4179 |
| Gillian Wheatt | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4178 |
| Anne Wilburn | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-639-5968/602-505-1126 |
| Rovita Williams | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4723 |
| Julie Young | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4142 |
| Tamieka Zambrano | 2600 W. Camelback Road, Phoenix, AZ 85017 | 602-513-4136 |

Attachment A

| Full Name | Addresses | Telephone |
|---|---|---|
| Brendan McInerney | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Junette West | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Dilek Marsh | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Don Andorfer | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Michael Berger | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Will Gonzalez | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Fred Miller | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Jim Rice | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Michelle Sandoval | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Teri Schobinger | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Brian McGuire | 3300 W Camelback Rd, Phoenix, AZ, 85017 | |
| Kathleen Hall | 3300 W Camelback Rd, Phoenix, AZ 85017 | 602-639-6658 |
| Drew Watkins | Candid Maven, 3219 E Camelback Rd Ste 221, Phoenix, Arizona 85018 | 877-835-5785 |
| Erin Kerger | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Maddie Lindahl, Jr | 2600 W. Camelback Road, Phoenix, AZ 85017 | |
| Brian Roberts | Brian Michael Roberts PLLC, 3501 E. Rose Ln., Paradise Valley, AZ, 85253 | |

Attachment B

| Full Name | Organization | Addresses | Telephone |
|-----------|--------------|-----------|-----------|
| Sarah Bouchelle | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1100; 678-287-7790 |
| Matt Cagle | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Laura Dobrzanski | Omniangle Technologies LLC | 2400 N Commerce Pkwy, Weston, FL, 33326 | 954-343-1093 |
| Jordan Eisner | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Paul Gipson | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Chris Hoover | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Denis Pearson | PossibleNow, Inc. | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Kathy Pelland | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Greg Sparrow | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Rick Stauffer | CompliancePoint, Inc | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Vic Torrisi | PossibleNow, Inc. | 440 River Green Parkway, Suite 100, Duluth, GA 30096 | 770-255-1020 |
| Gus Aldana | ClassesUSA.com | LMB Opco | LIM Holdings | 12181 Bluff Creek Dr Ste 250, Playa Vista, CA 90094 | 805-728-5446 |

Attachment B

| Full Name | Organization | Addresses | Telephone |
|-----------|--------------|-----------|-----------|
| Kendra Angotti | Archer Education \| Campus Explorer | 12555 West Jefferson Blvd. #202, Los Angeles, CA 90066 | 816-977-4063 |
| Chelsia Bernhard | Cygnus Marketing Communications, Inc. | 1100 E. Hector St. Ste 245, Conshohocken, PA 19428 | 865-804-3350 |
| Michael Butler | TriAd Media Solutions, Inc. | 187 Washington Ave Floor 2, Nutley, NJ 07110 | 201-499-7170 |
| Devin Cassels | Cygnus Marketing Communications, Inc. | 1100 E. Hector St. Ste 245, Conshohocken, PA 19428 | 865-804-3350 |
| David Chartier | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |
| Jessica Elam | Cygnus Marketing Communications, Inc. | 1100 E. Hector St. Ste 245, Conshohocken, PA 19428 | 865-804-3350 |
| Mark Eshelman | Niche.com | 2840 Liberty Avenue, Suite 202, Pittsburgh, PA 15222 | |
| Michael Flores | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |
| Fred Frantz | Gragg Advertising | 5200 Metcalf Ave. Ste 302, Overland Park, KS 66202 | 816-931-0050 |
| Dave French | Full Beaker \| Nurse.org | 200 112th Ave NE Ste 310, Bellevue, WA 98004 | 231-239-3045 |
| Amy Gaglardi | Beelineweb.com.com | 9611 Highway 97, Lake Country, BC V4V 1T7 | 250-766-2589 |
| Jeff Gerber | Candid Maven Inc. | 3219 E. Camelback Rd. Ste 221, Phoenix, AZ 85018 | 602-695-6299 |
| Lala Gusakov | All Star Directories, Inc. | 101 Stewart St. #500, Seattle, WA 98101 | 206-436-7500 |

Plaintiff's Initial Disclosures

Attachment B

| Full Name | Organization | Addresses | Telephone |
|---|---|---|---|
| Alan Handford | Reach Network, Inc. \| Optimal | 123 Lake Street S. Ste 100, Kirkland, WA 98033 | 425-605-8898 |
| Lea Harbul | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |
| Greg Hough | Niche.com | 2840 Liberty Ave. Ste 202, Pittsburgh, PA 15222 | |
| Bill Hummel | All Star Directories, Inc. | 101 Stewart St, Seattle, WA 98101 | 206-436-7500 |
| Zachary Jacobson | Better Spender LLC \| Better Nurse | 5400 Carillon Point, BLDG 5000 FL 4, Kirkland, WA 98033 | 206-596-6619 |
| Sung Kim | TriAd Media Solutions, Inc. | 2 Hudson Place, 8th Floor, Hoboken, NJ 07030 | 201-499-7162 |
| Shannon Kovac | QuinStreet, Inc. | 950 Tower Ln Fl 6, Foster City, CA, 94404 | (650) 587-7700 |
| Andrea Lee | adHere, Inc., Inc. | 111 N. Market St. Ste 300, San Jose, CA 95113 | 408-309-8779 |
| Howard Mandel | Zeta Global Corp. | 185 Madison Ave, 5th Floor, New York, NY 10016 | 212-967-5055 |
| Landyn Milburn | Banner Edge Media | 18835 N Thompson Peak Pkwy Ste 210, Scottsdale, AZ 85255 | 206-816-0367 |
| Andrew Milner | Cygnus Marketing Communications, Inc. | 1100 E. Hector St. Ste 245, Conshohocken, PA 19428 | 865-804-3350 |
| Lindsay Monack | One on One Marketing, LLC | 4800 140th Ave North Ste 101, Clearwater, FL 33762 | 781-690-0055 |
| Dave Murphy | BirdDog Media | 1232 W. Northwest Highway, Palatine, IL 60067 | 224-723-5698 |

Attachment B

| Full Name | Organization | Addresses | Telephone |
|---|---|---|---|
| Marcelo Solari Parravicini | Cygnus Marketing Communications, Inc. | 1100 East Hector Ave, Suite 245, Conshohocken, PA 19428 | 865-804-3350 |
| Venessa Regali | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |
| Paul Rippetoe | Study.com LLC | 100 View St. #202, Mountain View, CA 94041 | 650-996-2123 |
| Elise Romero | Archer Education \| Campus Explorer | 12555 West Jefferson Blvd. #202, Los Angeles, CA 90066 | 816-438-2883 |
| James Rutha | TriAd Media Solutions, Inc. | 2 Hudson Place, 8th Floor, Hoboken, NJ 07030 | 201-499-7163 |
| Renee Shultz | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |
| Rebecca Simo | Avenue100 \| Digital Media Solutions, Inc. | 4800 140th Ave North Ste 101, Clearwater, FL 33762 | 603-801-8228 |
| Rachel Smith | Found Search Marketing | 8475 Nightfall Lane, Suite 200, Fishers, IN 46037 | 317-721-2229 |
| Arun Thomas | All Star Directories, Inc. | 101 Stewart St, Seattle, WA 98101 | 206-436-7500 |
| Amanda Tomchak | QuinStreet, Inc. | 950 Tower Lane, 6th Floor, Foster City, CA 94404 | 650-578-7741 |
| Ryan Toubia | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |
| Andrew Walker | EducateMe Marketing, Inc. \| Ventrix Advertising | PO Box 4470, Stateline, NV 89449 | 480-570-2231 |
| John Weaver | EducationDynamics, LLC | 15200 Santa Fe Trail Dr., Suite 200, Lenexa, KS 66219 | 201-377-3068 |

Attachment B

| Full Name | Organization | Addresses | Telephone |
|---|---|---|---|
| Daphne Williams | EducationDynamics, LLC | 15200 Sante Fe Trail Dr. Ste 200, Lenexa, KS 66219 | 201-377-3068 |
| Monisha Wimberly | Digital Media Solutions, Inc. | 4800 140th Ave North Ste 101, Clearwater, FL 33762 | 786-985-0943 |

Attachment C

| Full Name | Addresses | Telephone |
|---|---|---|
| Misty Arthur | 16032 N 171st Ln; Surprise, AZ 85388 | 602-769-6935 |
| Maritzela Barakat | P.O. Box 1051, Montebello, CA 90640 | 310-739-3881 |
| Brian Boulger | 115 East Kings Highway, Maple Shade, NJ  08052 | 856-577-2837 |
| Logan Brade | 3625 E Ray Rd, Apt. 2044, Phoenix, AZ 85044-7118 | 480-414-8214 |
| Tonika Brockman | 3030 Barrymore St., Unit 111, Raleigh, NC 27603 | 757-406-8664 |
| Alison Burroughs | 76 Avignon Dr., Newark, DE 19702 | 302-740-0972 |
| Alejanddro Orozco Cejudo | 7135 E Maplewood Pl, Englewood, CO 80111 | 303-593-2539 |
| Crystal M Coopman | 104 Willow Way, Archbold, Ohio 43502 | 419-438-6145 |
| Brian Coughlin | 142 Shady Meadow Cir; Cary, NC 27513 | 774-219-9096 |
| Scoty Davis | 88798 Highway 3 N; Saint Maries, ID 83861 | 442-400-9393 |
| Tashonna Douglas | P.O. Box 24950, Tempe, AZ 85285 | 602-686-0727 |
| Shannon Finley | 1660 Morningside Ave, Pittsburgh, PA 15206 | 610-529-4180 |
| Jessika Foreshee | | 805-217-1413 |
| Micah N Freeman | 154 Westhaven Dr, Apt 11E, Myrtle Beach, South Carolina 295793481 | 843-997-3450 |
| Dylan S Hockett | 1435 Hilltop Circle, Windsor, Colorado 80550 | 970-302-8538 |
| Evan Hoke | | 717-880-6336 |
| Khalilah (Peters) Jackson | 112 Bellington Dr, McDonough, GA 30253 | 347-951-6377 |
| Crystal Keeton | P.O. Box 1265, Poteau, OK 74953 | 918-839-1282 |
| Kristen Levesque-Lee | | 603-831-4056 |
| Acoreous Lewis | 3111 San Jacinto Cir., Sanford, FL 32771-6116 | 305-833-0027 |

Attachment C

| Full Name | Addresses | Telephone |
|---|---|---|
| Jasmien (Overstreet) Lewis | 785 Northfield Rd, Bedford, OH 44146 | 216-244-8145 |
| Tamera Lynn Myers | Garland, TX 75044 | 214-235-1292 |
| Tushama Okraku | 2015 Summit Ln., LaVergne, TN 37086 | 615-243-6946 |
| Stephan Price | 960 Madrona Ave S, Salem, OR 97302 | 503-893-8939 |
| Robin Shedrick | 513 W Minton St; Phoenix, AZ 85041 | 210-709-2175 |
| Zenja Stallworth | 2791 McAfee Rd; Decatur, GA 30032 | 904-651-8027 |
| Kevin Torrey | PO Box 4379, Camp Verde, AR 86322 | 602-472-6355 |
| Kenosha L White | 1991 N State Highway 360, Apt 347, Grand Prairie, Texas 75050-1465 | 337-344-1290 |
| Stephanie (Davis) Willis | 5372 Brahma Trail, Fort Worth, Texas 76179 | 817-360-0064 |

Attachment D

| Full Name | Addresses | Telephone |
|---|---|---|
| Denise Aaron | 9959 Rio San Diego Dr, Apt 94, San Diego, CA 92108 | 714-675-4295 |
| Wilbur Anderson | 3439 N.37th Street,Apt.9, Phoenix, AZ 85018 | 602-639-5993 |
| Mallory Baker | 1683 Niskey Lake Rd. SW, Atlanta, GA 30331 | 704-661-1708 |
| Eugene Black | 131 Alexander Dr, Anniston, AL 36201 | 256-454-4363 |
| Isabella Cameron | 111 Boyd Lane,Unit C, Honolulu, HI 96813 | 612-807-5580 |
| Trisha Claret | Bellingham, WA 98226 | 360-318-3505 |
| Patty Coombs | Mount Vernon, NY 10550 | 917-412-9661 |
| Ken Curry | PO Box 51254, Indianapolis, IN 46251 | 317-484-8963 |
| Denise Davis | 17 Wiley Way, Toms River, NJ 8757 | 732-688-9715 |
| Megan Davis | 6633 147th St, Savage, MN 55378 | 952-686-8941 |
| Jordan Devera | 1785 Winterfield Dr, Apt 5, Aurora, IL 60504 | 224-688-5689 |
| Brianna Dioso | 9609 Glenshee Dr., Rowlett, TX 75089 | 214-908-6329 |
| Sydney Dudley | 560 D Ave, Apt 9, Grand Haven, MI 49417 | 269-209-3261 |
| Fresnel Fanfan | 2063 Essex Place, Valley Stream, NY 11580 | 602-513-4178 |
| Elari Fitzgerald | 11406 Snowcap LN SE, Rainier, WA 98576 | 602-513-4039 |
| Matthew Giannola | 8907 N Park Plaza Court #116, Milwaukee, WI 53223 | 262-945-1218 |
| Charles Ace Gibson | 825 Harris Ave., Austin, TX 79705 | 310-968-0969 |
| Sarah Graves | Fayetteville, AR 72703 | 870-623-3217 |
| Jennifer Hargrave | 615 W Rollingwood St, Pinehurst, TX 77362-3517 | 713-828-7253 |
| Mike Hennessey | 1326 N Izard St, Forrest City, AR 72335 | 501-448-5414 |

Attachment D

| Full Name | Addresses | Telephone |
|---|---|---|
| Denise Horne | 12452 Waterslea Lane, Farragut, TN 37934 | 813-957-0570 |
| Timothy Jennings | 13670 NE 247th Lane, Fort McCoy, FL 32134 | 630-618-1454 |
| Amanda Jore | 90 W Madison Ave STE 303, Belgrade, MT 59714 | 406-451-1872 |
| Andrew Kappler | 116 1/2 West Walnut St., Titusville, PA 16354 | 814-564-0162 |
| Krynn Kelly-Cox | 2702 8th Ave., Canyon, TX 79015 | 210-848-1084 |
| Harrison Kepley | 5013 McClelland Dr.,Apt 106, Wilmington, NC 28405 | 813-683-2270 |
| Breanna Lamke | 222 Old Fayetteville Rd, A207, Carrboro, NC 27510 | 813-418-2410 |
| Angela Le | 4616 SW Vacuna St, Portland, OR 97219 | 503-347-0317 |
| Brenda McFeters | 39562 Kimberly Ct,, Sandy, OR 97055 | 503-729-3884 |
| Richard Mills | 5134 Lake Sore Dr., Waco, TX 76710 | 512-988-7798 |
| Aimee Minard | 2302 Alysse Ct, Johnstown, CO 80534 | 303-579-6637 |
| Samantha Mosher | 3816 N 83rd Ave Apt. 1027, Phoenix, AZ 85033 | 518-573-8615 |
| Stephen Nguyen | 3204 Visions, Irvine, CA 92620 | 657-271-9373 |
| Jason Nichols | | 801-927-7004 |
| Ashley Nicklas | 3109 Braden Rd, Camino, CA 95709 | 916-385-2599 |
| Sonya Pasi | CA | 619-600-2124 |
| Andrew Perrong | 1657 The Fairway #131, Jenkin Town, PA 19046 | 215-947-1920 |
| Jana Perry | 5735 Highway 126, Blountville, TN 37617 | 423-226-0554 |
| Tylynn Puller | 18515 Stephens Dr, Eastpointe, MI 48021 | 313-880-9049 |
| Howard Reyes | 4417 Falkinson, Corpus Christi, TX 78416 | 361-537-4640 |

Attachment D

| Full Name | Addresses | Telephone |
|---|---|---|
| Dinorah Robles | Malagueta 144,Ciudad Jardin III, Toa Alta, PR 953 | 787-525-3308 |
| Samantha Rudloff | 331 E Lloyd St, Shenandoah, PA 17976 | 570-952-5158 |
| Matthew Salinas | 40664 Vernay Street, Murrieta, CA 92562 | 619-836-2675 |
| Michelle Sanchez | 607 West Matz Ave. Apt. B, Harlingen, TX 78550 | 956-778-1657 |
| Wesley Slifer | 1006 Alma Dr., Lawrence, KS 66049 | 913-529-9259 |
| Gerald Smith | 1 Breakers Lane, Hull, MA 02045 | 781-214-9251 |
| Liam Thompson | 2730 Chautauqua Avenue, Norman, OK 73072 | 602-247-2046 |
| Elly Tucker | 111 Reynard Dr., Harrisonburg, VA 22801 | 434-981-1951 |
| Scott Weber | 2001 Astridge Way, Granite Bay, CA 95746 | 309-251-6288 |
| Raymond Wu | New Jersey | 646-354-8888 |
| Alyssa Young | 74 Kellogg Dr, Room 748, Pomona, CA 91768 | 425-301-8110 |