**United States District Court**
**for the District of Arizona**

| | |
|---|---|
| Federal Trade Commission,<br><br>      Plaintiff,<br><br>v.<br><br>Grand Canyon Education, Inc.; Grand Canyon University; and Brian E. Mueller,<br><br>      Defendants. | No. 2:23-cv-02711-DWL<br><br>**[Proposed] Order Granting Defendant Grand Canyon University's Motion for Protective Order and Motion to Quash** |

**[Proposed] Order**

Having considered Defendant Grand Canyon University's Motion to Motion for Protective Order and Motion to Quash, and for good cause shown therein, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is ORDERED that:

1.    The December 2, 2024 Subpoena Duces Tecum to Cooley LLP is quashed in its entirety.

IT IS SO ORDERED on this _____ day of _____ 2025

_____
United States District Judge