IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Canyon Education, Inc.;<br>Grand Canyon University; and<br>Brian Mueller,<br><br>    Defendants. | Case No. 2:23-cv-02711-PHX-DWL<br><br>[PROPOSED] **ORDER GRANTING MOTION TO STAY DISCOVERY** |

Upon consideration of Defendants Grand Canyon Education, Inc. and Brian Mueller's Motion to Stay Discovery, ECF No. 136, **IT IS HEREBY ORDERED** that:

Defendants Grand Canyon Education, Inc. and Brian Mueller's Motion to Stay Discovery on the FTC's nonprofit claims is **GRANTED**, and discovery on Count I of the Amended Complaint titled, "Deceptive Representation of Being a Non-Profit Institution," and Count III titled, "Deceptive Telemarketing Acts or Practices" insofar as Count III is premised on representations that Grand Canyon University is a non-profit institution in this action shall be stayed pending the Department of Education's review and re-classification of Grand Canyon University's nonprofit status.