MICHAEL E. TANKERSLEY (DC Bar # 411978)
mtankersley@ftc.gov
GREGORY A. ASHE (VA Bar # 39131)
gashe@ftc.gov
PATRICK ROY (DC Bar # 1023521)
proy@ftc.gov
CARLTON B. MOSLEY (DC Bar # 1644552)
cmosley@ftc.gov
LAURA ANTONINI (CA Bar # 271658)
lantonini@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-6316
Washington, DC 20580
Telephone: (202) 326-2991 (Tankersley)
 (202) 326-3719 (Ashe)
 (202) 326-3477 (Roy)
 (202) 326-2163 (Mosley)
 (202) 326-2701 (Antonini)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education, Inc., *et al.*,<br><br>Defendants. | No. CV-23-02711-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF ITS SUPPLEMENTAL RESPONSE TO DEFENDANT MUELLER'S FIRST SET OF INTERROGATORIES** |

Pursuant to Local Rule of Civil Procedure 5.2, Plaintiff Federal Trade Commission ("Plaintiff") hereby files this Notice of Service to advise the Court that, on March 12, 2025 Plaintiff served its Supplemental Response to Defendant Mueller's First Set of Interrogatories by email, and copied all counsel of record in this action.

| | | |
|---|---|---|
| 1 | DATED: March 12, 2025 | Respectfully submitted, |
| 2 | | FEDERAL TRADE COMMISSION |
| 3 | | |
| 4 | | By: /s/_____ |
| 5 | | Michael E. Tankersley |
| | | Gregory A. Ashe |
| 6 | | Patrick Roy |
| | | Carlton B. Mosley |
| 7 | | Laura Antonini |
| | | FEDERAL TRADE COMMISSION |
| 8 | | 600 Pennsylvania Avenue NW |
| | | Mail Stop CC-6316 |
| 9 | | Washington, DC 20580 |
| | | Telephone: (202) 326-2991 |
| 10 | | Email: mtankersley@ftc.gov |
| 11 | | |
| | | Attorneys for Plaintiff Federal Trade |
| 12 | | Commission |