ALSTON & BIRD LLP
Derin B. Dickerson, GA Bar #220620 (*Admitted pro hac vice*)
Caroline R. Strumph, GA Bar #250168 (*Admitted pro hac vice*)
Shanique C. Campbell, GA Bar #346659 (*Admitted pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Email: derin.dickerson@alston.com
        caroline.strumph@alston.com
        shanique.campbell@alston.com

Kathleen Benway, DC Bar #474356 (*Admitted pro hac vice*)
Graham Gardner, DC Bar #1672612 (*Admitted pro hac vice*)
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3034
Email: kathleen.benway@alston.com
        graham.gardner@alston.com

Lisa L. Garcia, CA Bar #301362 (*Admitted pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1147
Email: lisa.garcia@alston.com

*Attorneys for Defendant Grand Canyon Education, Inc.*

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | Case No. 2:23-cv-02711-PHX-DWL |
| Plaintiff, | Assigned to: Hon. Dominic W. Lanza |
| v. | **DEFENDANT GRAND CANYON EDUCATION, INC.'S CERTIFICATE OF SERVICE FOR NOTICES PROVIDED UNDER THE FAMILY RIGHTS AND PRIVACY ACT (FERPA)** |
| Grand Canyon Education, Inc.; Grand Canyon University, Inc.; and Brian E. Mueller, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Pursuant to the Court's FERPA Disclosure Order (Dkt. No. 79), Defendant Grand Canyon Education, Inc. ("GCE") hereby files this Certificate of Service to advise the Court that, on March 24, 2025, GCE caused notices to be sent by electronic mail to 122 students whose education records are potentially subject to disclosure, pursuant to the Court's FERPA Disclosure Order. The deadline for such students to object to disclosure is April 13, 2025. On March 25, 2025, GCE caused notices to be sent by electronic mail to 171 students whose education records are potentially subject to disclosure. The deadline for such students to object to disclosure pursuant to the Court's FERPA Disclosure Order is April 14, 2025. On March 28, 2025, GCE caused notice to be sent by electronic mail to 1 student whose education records are potentially subject to disclosure. The deadline for this student to object to disclosure pursuant to the Court's FERPA Disclosure Order is April 17, 2025. Absent objection, GCE will promptly produce the responsive documents containing FERPA-protected information after the objection deadline has expired. Should the Court require a list of students to whom notices were sent, we would be happy to provide a list for the Court's *in camera* review.

Dated: March 28, 2025

Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Derin B. Dickerson*
Derin B. Dickerson (*admitted pro hac vice*)
Kathleen Benway (*admitted pro hac vice*)
Lisa L. Garcia (*admitted pro hac vice*)
Caroline R. Strumph (*admitted pro hac vice*)
Shanique Campbell (*admitted pro hac vice*)
Graham Gardner (*admitted pro hac vice*)

*Attorneys for Defendant Grand Canyon Education, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2025, I caused to be electronically transmitted the attached document entitled DEFENDANT GRAND CANYON EDUCATION, INC.'S CERTIFICATE OF SERVICE FOR NOTICES PROVIDED UNDER THE FAMILY RIGHTS AND PRIVACY ACT (FERPA) to the Clerk of the Court using the CM/ECF System, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all registered CM/ECF users.

*/s/ Derin B. Dickerson*
Derin B. Dickerson