MICHAEL E. TANKERSLEY (DC Bar # 411978)
mtankersley@ftc.gov
GREGORY A. ASHE (VA Bar # 39131)
gashe@ftc.gov
PATRICK ROY (DC Bar # 1023521)
proy@ftc.gov
CARLTON B. MOSLEY (DC Bar # 1644552)
cmosley@ftc.gov
LAURA ANTONINI (CA Bar # 271658)
lantonini@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-6316
Washington, DC 20580
Telephone: (202) 326-2991 (Tankersley)
 (202) 326-3719 (Ashe)
 (202) 326-3477 (Roy)
 (202) 326-2163 (Mosley)
 (202) 326-2701 (Antonini)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education, Inc., *et al.*,<br><br>Defendants. | No. CV-23-02711-PHX-DWL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF ITS FIRST SET OF REQUESTS FOR ADMISSION AND SECOND SET OF INTERROGATORIES TO DEFENDANT BRIAN E. MUELLER** |

Pursuant to Local Rule of Civil Procedure 5.2, Plaintiff Federal Trade Commission ("Plaintiff") hereby files this Notice of Service to advise the Court that, on March 28, 2025 Plaintiff served its First Set of Requests For Admission and Second Set of Interrogatories to Defendant Brian E. Mueller by email, and copied all counsel of record in this action.

| | | |
|---|---|---|
| 1 | DATED: March 31, 2025 | Respectfully submitted, |
| 2 | | FEDERAL TRADE COMMISSION |

By:    /s/
      Michael E. Tankersley
      Gregory A. Ashe
      Patrick Roy
      Carlton B. Mosley
      Laura Antonini
      FEDERAL TRADE COMMISSION
      600 Pennsylvania Avenue NW
      Mail Stop CC-6316
      Washington, DC 20580
      Telephone: (202) 326-2991
      Email: mtankersley@ftc.gov

Attorneys for Plaintiff Federal Trade Commission