ALSTON & BIRD LLP
Derin B. Dickerson, GA Bar #220620 (*Admitted pro hac vice*)
Caroline R. Strumph, GA Bar #250168 (*Admitted pro hac vice*)
Shanique C. Campbell, GA Bar #346659 (*Admitted pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Email: derin.dickerson@alston.com
         caroline.strumph@alston.com
         shanique.campbell@alston.com

Kathleen Benway, DC Bar #474356 (*Admitted pro hac vice*)
Graham Gardner, DC Bar #1672612 (*Admitted pro hac vice*)
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3034
Email: kathleen.benway@alston.com
         graham.gardner@alston.com

Lisa L. Garcia, CA Bar #301362 (*Admitted pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1147
Email: lisa.garcia@alston.com

*Attorneys for Defendant Grand Canyon Education, Inc.*

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Canyon Education, Inc.;<br>Grand Canyon University, Inc.; and<br>Brian E. Mueller,<br><br>    Defendants. | Case No. 2:23-cv-02711-PHX-DWL<br><br>Assigned to: Hon. Dominic W. Lanza<br><br>**DEFENDANT GRAND CANYON EDUCATION, INC.'S CERTIFICATE OF SERVICE FOR NOTICES PROVIDED UNDER THE FAMILY RIGHTS AND PRIVACY ACT (FERPA)** |

## CERTIFICATE OF SERVICE

Pursuant to the Court's FERPA Disclosure Order (Dkt. No. 79), Defendant Grand Canyon Education, Inc. ("GCE") hereby files this Certificate of Service to advise the Court that, on June 4, 2025, GCE caused notices to be sent by electronic mail to 828 students whose education records are potentially subject to disclosure, pursuant to the Court's FERPA Disclosure Order. The deadline for such students to object to disclosure is June 24, 2025. Absent objection, GCE will promptly produce the responsive documents containing FERPA-protected information after the objection deadline has expired. Should the Court require a list of students to whom notices were sent, we would be happy to provide a list for the Court's *in camera* review.

Dated: June 6, 2025

Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Derin B. Dickerson*
Derin B. Dickerson (*admitted pro hac vice*)
Kathleen Benway (*admitted pro hac vice*)
Lisa L. Garcia (*admitted pro hac vice*)
Caroline R. Strumph (*admitted pro hac vice*)
Shanique Campbell (*admitted pro hac vice*)
Graham Gardner (*admitted pro hac vice*)

*Attorneys for Defendant Grand Canyon Education, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2025, I caused to be electronically transmitted the attached document entitled DEFENDANT GRAND CANYON EDUCATION, INC.'S CERTIFICATE OF SERVICE FOR NOTICES PROVIDED UNDER THE FAMILY RIGHTS AND PRIVACY ACT (FERPA) to the Clerk of the Court using the CM/ECF System, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all registered CM/ECF users.

*/s/ Derin B. Dickerson*
Derin B. Dickerson