# EXHIBIT M



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Michael Tankersley
Division of Financial Practices
mtankersley@ftc.gov
(202) 326-2991

May 15, 2025

**By Email: Derin.Dickerson@alston.com, JShorter@glpclaw.com**

Jacob Shorter
Gombos Leyton PC
11350 Random Hills Road, Suite 400
Fairfax, VA 22030

Derin Dickerson
Alston & Bird LLP
1 Atlantic Center
1201 W Peachtree St. NW, Ste. 4200
Atlanta, GA 30309-3424

**Re:   FTC v. Grand Canyon Education, Inc., et al., D. Ariz. No. 2:23-cv-02711, Protected Documents Log**

Counsel:

    I am writing concerning the five documents in the FTC's log itemizing protected material that are communications to outside counsel for EducationDynamics (FTCvGCE-FTC000082, FTCvGCE-FTC000085, FTCvGCE-FTC016321, FTCvGCE-FTC016354, FTCvGCE-FTC016355).  The FTC is no longer asserting work product protection for these five documents.  The documents, however, are not being produced because they are not relevant to a claim or defense at issue in this action.  As reflected in the log, the communication addresses concerns of FTC staff regarding a CID response.  EducationDynamic's response to the FTC's CID has been produced in response to Grand Canyon Education, Inc.'s Request for Production 20.

    Also be advised that the FTC maintains that the communications with consumers listed in the log as FTCvGCE-FTC015745, FTCvGCE-FTC016833, FTCvGCE-FTC017096, FTCvGCE-FTC017481, and FTCvGCE-FTC017483, are not relevant to the factual disputes in this action because the issues raised by the consumers did not concern nonprofit representations, doctoral programs that require a dissertation, or telemarketing calls to numbers on do-not-call lists.  *See* FTC Response to Grand Canyon Education, Inc.'s Requests for Production Nos. 3, 4 and 5.  The emails and identities of the recipients are also protected by the work product doctrine for reasons

FTC v. Grand Canyon Education, Inc., et al., D. Ariz. No. 2:23-cv-02711          May 15, 2025
                                                                                        Page 2

stated in the FTC's objections to Defendants' Requests for Production and letter accompanying the log of protected material.

                Sincerely,

                */s/Michael E. Tankersley*
                Michael E. Tankersley

cc:    Kathleen Benway, Kathleen.Benway@alston.com
       Shanique C Campbell, shanique.campbell@alston.com
       Lisa Garcia, lisa.garcia@alston.com
       Gardner, Graham**,** Graham.Gardner@alston.com
       Caroline Rawls Strumph, caroline.strumph@alston.com
       David Obuchowicz, DObuchowicz@glpclaw.com
       Steven M. Gombos, sgombos@glpclaw.com