# EXHIBIT N

**ALSTON & BIRD LLP**
Derin B. Dickerson, GA Bar #220620 (*admitted pro hac vice*)
Caroline R. Strumph, GA Bar #250168 *(admitted pro hac vice)*
Shanique C. Campbell, GA Bar #346659 (*admitted pro hac vice*)
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000
derin.dickerson@alston.com
caroline.strumph@alston.com
Shanique.campbell@alston.com

Kathleen Benway, DC Bar #474356 (*admitted pro hac vice*)
Graham Gardner, DC Bar # 1672612 (*admitted pro hac vice*)
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3034
kathleen.benway@alston.com
graham.gardner@alston.com

Lisa L. Garcia, CA Bar #301362 (*admitted pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1147
lisa.garcia@alston.com

*Attorneys for Defendant Grand Canyon Education, Inc.*

**GOMBOS LEYTON, PC**
Steven M. Gombos, VA Bar #30788 (*Admitted pro hac vice*)
David A. Obuchowicz, VA Bar #82483 (*Admitted pro hac vice*)
Jacob C. Shorter, VA Bar #82638 (*Admitted pro hac vice*)
11350 Random Hills Road #400
Fairfax, VA 22030
Telephone: 703-934-2660
sgombos@glpclaw.com

**CLEMENT & MURPHY, PLLC**
Paul D. Clement, VA Bar #37915 (*Admitted pro hac vice*)
Erin E. Murphy, VA Bar #73254 (*Admitted pro hac vice*)
Andrew C. Lawrence, MD Bar #1512160036 (*Admitted pro hac vice*)
Joseph J. DeMott, VA Bar #93981 (*Admitted pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Telephone: 202-742-8900
paul.clement@clementmurphy.com

*Attorneys for Defendant Brian E. Mueller*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Federal Trade Commission,<br><br>   Plaintiff,<br>v.<br><br>Grand Canyon Education, Inc., et al.,<br><br>   Defendants. | No. 2:23-cv-02711-PHX-DWL<br><br>**DEFENDANT GRAND CANYON EDUCATION, INC.'S AND DEFENDANT BRIAN E. MUELLER'S STATEMENT PURSUANT TO LOCAL RULE 37.1 IN SUPPORT OF THEIR MOTION TO COMPEL** |

Pursuant to Local Rule 37.1(b), Defendants Grand Canyon Education, Inc. ("GCE") and Brian Mueller respectfully submit the following statement identifying the requests for production and interrogatories to which they contend Plaintiff Federal Trade Commission ("FTC") is improperly withholding information. The FTC asserts privilege objections across entire categories of documents and interrogatory responses—rather than providing individualized objections or partial responses. Defendants present this summary in satisfaction of Local Rule 37.1.

**Requests and Interrogatories Directed to GCE:**

The FTC asserts one or more of the following privileges and protections in response to the Requests and Interrogatories served by GCE: work product doctrine, deliberative process privilege, informant's privilege, and law enforcement privilege. Specifically:

- Requests for Production: Request Nos. 1–7, 10, and 12–20 of GCE's First Set of Requests for Production. (*See* Dickerson Decl., Ex. D.)
- Interrogatories: Request Nos. 1–4 and 10–18 of GCE's First Set of Interrogatories. (*Id.*, Ex. E.)

The FTC's privilege assertions with respect to these Requests and Interrogatories are deficient for the reasons set forth in Defendants' contemporaneously filed Motion to Compel and supporting Memorandum.

**Requests and Interrogatories Directed to Defendant Mueller:**

The FTC asserts one or more of the following privileges and protections in response to the Requests and Interrogatories served by Defendant Mueller: work product doctrine, deliberative process privilege, informant's privilege, and law enforcement privilege. Specifically:

- Requests for Production: Request Nos. 1–14 of Mueller's First Set of Requests for Production. (*See* Obuchowicz Decl., Ex. 3.)
- Interrogatories: Request Nos. 1–9 of Mueller's First Set of Interrogatories. (*Id.*, Ex. 4.)

The FTC's privilege assertions with respect to these Requests and Interrogatories are likewise deficient for the reasons set forth in Defendants' contemporaneously filed Motion to

1  Compel and supporting Memorandum.