IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-23-02711-PHX-DWL<br><br>**ORDER** |

　　　　The parties have filed a joint motion to "stay" the case for 60 days to consider non-settlement resolution. (Doc. 195.)  Although "the Court will not extend the case management deadlines if and when the parties elect to pursue settlement efforts" (Doc. 70 at 7), the current request does not fall within the letter of that rule and the Court concludes, at any rate, that the parties' request should be granted given the somewhat unusual circumstances here.  However, the relief being granted is not a "stay."  Instead, all unexpired case deadlines are simply extended by 60 days.

　　　　Accordingly,

　　　　**IT IS ORDERED** that:

　　　　1.　　The parties' joint motion to extend deadlines (Doc. 195) is **granted**.

　　　　2.　　All unexpired case deadlines, including those set forth in the May 9, 2025 order (Doc. 176), are extended by 60 days.  More specifically, (1) the deadline for the completion of fact discovery is extended to <u>December 2, 2025</u>, with the clarification that the parties may not serve new written discovery; (2) the deadline to complete responding

to written discovery served in 2024 is extended to September 26, 2025; (3) the deadline for the submission of discovery disputes related to written discovery served in 2025 is extended to September 15, 2025; (4) the deadline to complete responding to written discovery served in 2025 is extended to November 7, 2025; (5) the deadline for good faith settlement talks is extended to December 16, 2025; (6) the deadline for expert disclosures by the party with burden of proof is extended to December 23, 2025; (7) the deadline for responding party expert disclosures is extended to January 27, 2026; (8) the deadline for rebuttal expert disclosures is extended to March 6, 2026; (9) the deadline for expert depositions is extended to April 7, 2026; and (10) the deadline for dispositive motions is extended to May 5, 2026.

   3. The deadline to file a reply in support of the pending motion to compel (Doc. 189) is extended to August 26, 2025.

   Dated this 20th day of June, 2025.

_____
Dominic W. Lanza
United States District Judge