GREGORY A. ASHE (VA Bar # 39131)
gashe@ftc.gov
PATRICK ROY (DC Bar # 1023521)
proy@ftc.gov
CARLTON B. MOSLEY (DC Bar # 1644552)
cmosley@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-6316
Washington, DC 20580
Telephone: (202) 326-3719 (Ashe)
             (202) 326-3477 (Roy)
             (202) 326-2163 (Mosley)
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education, Inc., *et al.*,<br><br>Defendants. | No. CV-23-02711-PHX-DWL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this case with prejudice. Each party agrees to be responsible for its own costs and fees and agrees that no party shall be responsible to any other party for any fines, costs, fees, or penalties arising from this case.

**IT IS SO STIPULATED** on August 15, 2025:

| | |
|---|---|
| */s/ Carlton B. Mosley* | */s/ Derin B. Dickerson (with permission)* |
| Carlton B. Mosley | Derin B. Dickerson |
| Gregory A. Ashe | Kathleen Benway |
| Patrick Roy | Caroline R. Strumph |
| FEDERAL TRADE COMMISSION | Shanique Campbell |
| 600 Pennsylvania Ave., NW | Lisa L. Garcia |
| Mail Stop CC-6316 | Graham Gardener |
| Washington, DC 20580 | ALSTON & BIRD LLP |
| Telephone: (202) 326-2163 (Mosley) | 1201 West Peachtree Street |
| Facsimile: (202) 326-3768 | Telephone: 404-881-7000 |
| Email: cmosley@ftc.gov, gashe@ftc.gov, proy@ftc.gov | Email: derin.dickerson@alston.com, kathleen.benway@alston.com, caroline.strumph@alston.com, shanique.campbell@alston.com, graham.gardner@alston.com, lisa.garcia@alston.com |
| *Attorneys for Plaintiff Federal Trade Commission* | *Attorneys for Defendant Grand Canyon Education, Inc.* |

*/s/ Steven M. Gombos (with permission)*

Steven M. Gombos
David A. Obuchowicz
Jacob C. Shorter
GOMBOS LEYTON, PC
11350 Random Hills Road #400
Fairfax, VA
Telephone: 703-934-2660
Email: sgombos@glpclaw.com

Paul D. Clement
Erin E. Murphy
CLEMENT & MURPHY
706 Duke Street
Alexandria, VA 22314
Telephone: 202-742-8900
Email:paul.clement@clementmurphy.com

*Attorneys for Defendant Brian E. Mueller*